# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JODIE RAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-02448-JAR-TJJ |
| | ) |
| CORE CARRIER CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Jodie Ray ("Plaintiff") and Defendant Core Carrier Corporation ("Defendant"), by and through their respective counsel, hereby stipulate, consent and agree that the above-captioned case and all the claims and causes of action therein, shall be and are dismissed with prejudice, each party to bear its own costs and expenses, including attorney fees.

| | |
|---|---|
| Lauren Allen, LLC | HUSCH BLACKWELL LLP |
| | |
| By: */s/ Lauren Perkins Allen* | By: */s/ Jessica L. Barranco* |
| Lauren Perkins Allen, #20116 | Timothy A. Hilton, D. Kan. Bar No. 78327 |
| 4717 Grand Ave., Suite 130 | Jessica Barranco, D. Kan. Bar No. 78910 |
| Kansas City, Missouri 64112 | 4801 Main Street, Suite 1000 |
| Telephone: 816.877.8120 | Kansas City, Missouri 64112 |
| Facsimile:  816.817.1120 | Tel: 816-983-8000 |
| lpa@laurenallenllc.com | Fax: 816-983-8080 |
| | Tim.Hilton@huschblackwell.com |
| *Attorney for Plaintiff* | Jessica.Barranco@huschblackwell.com |
| | |
| | *Attorneys for Defendant Core Carrier Corporation* |

**Error! Unknown document property name.**